

**UNITED STATES DISTRICT COURT**
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | May 26, 2022 |
| Case Number: | 3:22−cv−00763−MO |
| Case Title: | Walkingeagle et al v. Google LLC et al |

**(A)  Case Reassignment:**  In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Stacie F. Beckerman to the Honorable Michael W. Mosman, United States District Judge. Information on this case may be obtained from the following:

    Courtroom Deputy:    Kara Scheele 503−326−8031
                         Email: chambers_mosman@ord.uscourts.gov

    Docket Information:  Telephone: 503−326−8050

**(B)  Place of Filing:**  Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)  Change to the Case Number:**  Effective immediately, Judge Mosman's initials (MO) will replace the previous judge's initials in this case.

 

                                                  **MELISSA AUBIN**
                                                  **Clerk of Court**

cc:   Judge Mosman
      Counsel of Record