IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **VICTOR WALKINGEAGLE, NATHAN BRIGGS,** and **DONALD MOLINA,** on behalf of themselves and all other similarly situated**,** | Case No. 3:22-cv-00763-MO |
| | **JUDGMENT** |
| Plaintiffs, | |
| v. | |
| **GOOGLE LLC, d/b/a YOUTUBE,** a Delaware limited liability company, and **YOUTUBE, LLC,** a Delaware limited liability company, | |
| Defendants. | |

**MOSMAN, J.,**

Based on the Opinion and Order of the Court [ECF 49] granting Defendants' Motion to Dismiss [ECF 36], IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

DATED this __12__ day of June, 2023.

*Michael W. Mosman*
MICHAEL W. MOSMAN
Senior United States District Judge

1 – JUDGMENT